UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                          CASE NO: 8:08-CR-78-T-30TGW

DARRYL EMIT SMITH,

    Defendant(s).
_____/

## ORDER OF REFERRAL

Pursuant to 28 U.S.C. § 636(b)(1)(B), Defendant's Motion to Suppress Any and All Physical Evidence and/or Statements (Dkt. #14) is hereby REFERRED to Magistrate Judge Thomas G. Wilson, who shall submit proposed findings of fact and recommendation as to the appropriate disposition of the Motion.

This case is set for jury selection and trial during the week of June 16, 2008.

**DONE** and **ORDERED** in Tampa, Florida on May 30, 2008.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Magistrate Judge
Counsel/Parties of Record

F:\Docs\2008\08-cr-78.mag referral.wpd